UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLENE CACIC,

    Plaintiff,

v.                                                                 CASE NO. 6:11-CV-1878-Orl-36KRS

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on February 24, 2012 (Doc. 15). In the Report and Recommendation, Magistrate Judge Spaulding recommends that the Court remand this case pursuant to sentence six of 42. U.S.C. §§ 405(g) and 1383(c)(3) for further proceedings and direct the Clerk of Court to close the file administratively. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

On February 23, 2012, the Commissioner of Social Security ("Defendant") filed an Unopposed Motion to Remand ("Motion to Remand") (Doc. 14). In the Motion to Remand, Defendant states it wishes to take further administrative action in this case. *Id*. Plaintiff does not oppose Defendant's Motion to Remand. As such, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Unopposed Motion to Remand (Doc. 14) is **GRANTED**. This matter is remanded to the Commissioner of Social Security for further administrative action.

3. The Clerk is directed to terminate all deadlines and administratively **CLOSE** this file.

**DONE AND ORDERED** at Orlando, Florida on May 14, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD