UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARLENE CACIC,**

        **Plaintiff,**

**v.**                                                     **Case No:  6:11-cv-1878-Orl-36KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on July 11, 2013 (Doc. 18).  In the Report and Recommendation, Magistrate Judge Spaulding recommends that the Court grant Defendant Commissioner of Social Security's (the "Commissioner") Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment ("Motion to Affirm") (Doc. 17).  *See* Doc. 18. Neither party has filed an objection to the Report and Recommendation and the time to do so has expired.

On May 14, 2012, the Court entered an Order remanding this case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).  *See* Doc. 16.  On March 28, 2013, an Administrative Law Judge issued a decision awarding Plaintiff Marlene Cacic benefits in the remanded proceedings.  *See* Doc. 17-1.  Following completion of proceedings on remand pursuant to sentence six of § 405(g), the parties must return to district court for entry of a final judgment.  *See Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).  Accordingly, the Commissioner filed its Motion to Affirm, and the Magistrate Judge recommends granting the

Motion. As such, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Doc. 17) is **GRANTED**.

3. The Clerk is **directed** to re-open this case, enter judgment in favor of Plaintiff Marlene Cacic, and then close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 30, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding